**STATE v. BRINSON**

[347 N.C. 259 (1997)]

STATE OF NORTH CAROLINA v. DEAN BRINSON

No. 147A97

(Filed 3 October 1997)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 125 N.C. App. 744, 483 S.E.2d 746 (1997), finding no error in defendant's trial resulting in a verdict of guilty of second-degree murder and a judgment of not less than 270 and not more than 333 months' imprisonment entered by Brown, J., on 3 June 1996 in Superior Court, Edgecombe County. Heard in the Supreme Court 9 September 1997.

*Michael F. Easley, Attorney General, by Harriet F. Worley, Assistant Attorney General, for the State.*

*Edward B. Simmons for defendant-appellant.*

PER CURIAM.

AFFIRMED.